```
          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF ARKANSAS
              HOT SPRINGS DIVISION
```

UNITED STATES OF AMERICA                               PLAINTIFF

    v.          CASE NO. 6:07CR60024

JOHN FRANK JACKSON                                     DEFENDANT

## O R D E R

    By order of even date, the Court granted Defendant's Unopposed Motion for Psychiatric Evaluation. Defendant should await notice of the Bureau of Prisons ("BOP)" facility designated to conduct his psychiatric evaluation. Once a BOP facility is designated, Defendant shall surrender himself to the United States Marshal Service for detention and transportation to the designated BOP facility. Upon completion of Defendant's psychiatric evaluation, the United States Marshal Service will return Defendant to the Hot Springs Division, and the Court will reconsider the issue of detention.

    IT IS SO ORDERED this 20th day of August, 2007.

                                            /s/ Robert T. Dawson
                                            Robert T. Dawson
                                            United States District Judge